## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

Case No.  **6:10-cr-186-Orl-18DAB**

**BENJAMIN CRUZ-REYES**

_____

### ACCEPTANCE OF PLEA OF GUILTY AND
### ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, there being no timely objection, the plea of guilty of the Defendant to Count One (1) of the Indictment is now accepted and the Defendant is ADJUDGED GUILTY of such offense. A sentencing hearing has been scheduled and will be conducted pursuant to separate notice.

**DONE** and **ORDERED** in Orlando, Florida this _____ day of August, 2010.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
Counsel for Defendant